## UNITED STATE DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSHUA A. GABOR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WEXFORD HEALTH SOURCES INC.; )<br>DR. VITALI KONONOV; )<br>DR. JAGANNATH PATI; and )<br>DR. REYNAL CALDWELL, )<br>)<br>Defendants. )<br>) | **Civil Action No. 15-CV-8508**<br><br>**Jury Trial Demanded** |

## RE-NOTICE OF MOTION

On **Tuesday, March 22, 2016 at 9:30 am** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Jorge L. Alonso**, or any Judge siting in that Judge's stead, in the courtroom usually occupied by him, **Room 1700**, located at the U.S. District Court, Northern District of Illinois, and present the **Motion to Withdraw and Application for Relief of Appointment**, copies of which were previously served upon you.

Dated: March 9, 2016

Respectfully submitted,

FOLEY & LARDNER LLP

*/s/* Eley O. Thompson

Eley O. Thompson (ARDC # 6204648)
Jason J. Keener (ARDC # 6280337)
Michael R. Houston (ARDC # 6286431)
321 N. Clark Street
Chicago, IL 60654
(312) 832-4500
ethompson@foley.com jkeener@foley.com
mhouston@foley.com
Attorneys for JOSHUA A. GABOR

**Certificate of Service**

  I, Eley O. Thompson, an attorney, certify that on March 9, 2016, I caused the attached Re- Notice of Motion to Withdraw to be served on all counsel of record via the ECF system.

                 <u>/s/ Eley O. Thompson</u>
                 Eley O. Thompson